# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130096

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LESLIE ALLEN FROEBER,
     Defendant-Appellant.

SC: 130096
COA: 265708
Berrien CC: 2005-401388-FH

_____/

On order of the Court, the application for leave to appeal the November 9, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

s0424